# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 21 WM 2018
EX RELATOR GARY L. PENNINGTON, :
:
Petitioner :
:
:
:
v. :
:
:
:
MICHAEL R. CLARK, SUPERINTENDENT :
OF SCI-ALBION; AND THE COURT OF :
COMMON PLEAS OF ALLEGHENY :
COUNTY, :
:
Respondents :

## ORDER

**PER CURIAM**

 **AND NOW**, this 17th day of May, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.